UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY,<br>as subrogee of Kettering Tower Partners, LLC<br><br>Plaintiff,<br><br>vs.<br><br>OSTERFELD CHAMPION SERVICE, INC., et al.,<br><br>Defendants,<br><br>vs.<br><br>KETTERING TOWER PARTNERS, LLC, et al.<br><br>Third-Party Defendants. | Case No. 3:08 CV 0382<br><br>Judge Timothy S. Black |

## ORDER

**AND NOW**, this \_\_\_24TH\_\_\_ day of January, 2012, upon consideration of the Motion of Plaintiff, Great Northern Insurance Company, pursuant to Fed. R. Civ. P. 41(a)(2), the Court hereby dismisses of all Plaintiff's claims, with prejudice, and without costs.

The Court further orders all cross-claims, counter-claims, and third-party claims, with the exception of all claims pending against Third-Party Defendant U.S. Security Associates, likewise dismissed, with prejudice and without costs.

BY THE COURT:

_Timothy S. Black_
U.S.D.C.J.