## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**GREAT NORTHERN INS. CO.,**

    Plaintiff,

                                **CASE NO.    3:08-cv-382**

**-vs-**

                                **Judge Timothy S. Black**

**H.J. OSTERFELD CO.,** *et al.*,

    Defendants.

**-vs-**

**KETTERING TOWER PARTNERS, LLC,** *et al.*,

    Third-Party Defendants.

_____

### JUDGMENT IN A CIVIL CASE
_____

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Third-Party Defendant's Motion Summary Judgment (Doc. 103) is **GRANTED**; and that the case is **CLOSED**.

Date:  January 31, 2012                      **JAMES BONINI, CLERK**

                                                  By: s/ M. Rogers
                                                  Deputy Clerk