# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**GREAT NORTHERN INS. CO.,**

   Plaintiff,

                                **CASE NO.    3:08-cv-382**

**-vs-**

                                **Judge Timothy S. Black**

**H.J. OSTERFELD CO.,** *et al.***,**

   Defendants.

**-vs-**

**KETTERING TOWER PARTNERS, LLC,** *et al.***,**

   Third-Party Defendants.

_____

## JUDGMENT IN A CIVIL CASE
_____

**[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Third-Party Defendant's Motion Summary Judgment (Doc. 103) is **GRANTED**; and that the case is **CLOSED**.

Date:  January 31, 2012                           **JAMES BONINI, CLERK**

                                                      By: <u>s/ M. Rogers</u>
                                                      Deputy Clerk